No. 916. CONSOLIDATED EDISON CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 957. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS ET AL. *v.* SAME. May 16, 1938. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Wm. L. Ransom* for petitioners in No. 916. *Messrs. Isaac Lobe Straus* and *Claude A. Hope* for petitioners in No. 957. *Solicitor General Jackson,* and *Messrs. Robert L. Stern, Charles Fahy,* and *Laurence A. Knapp* for the National Labor Relations Board et al.

No. 921. NEBLETT ET AL. *v.* CARPENTER, INSURANCE COMMISSIONER, ET AL. May 16, 1938. Petition for writ of certiorari to the Supreme Court of California granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Messrs. William H. Neblett* and *R. Dean Warner* for petitioners. *Mr. U. S. Webb,* Attorney General of California, and *Miss Hester Webb* for the Insurance Commissioner. *Messrs. T. B. Cosgrove* and *John N. Cramer* for Carroll C. Day et al.

No. 938. HUDSON ET AL. *v.* MOONIER. See *ante,* p. 397.

No. 945. HINES, ADMINISTRATOR OF VETERANS' AFFAIRS, *v.* LOWREY, COMMITTEE. May 23, 1938. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. James T. Brady, Edward E. Odom,* and *Y. D. Mathes* for petitioner. *Mr. Louis J. Altkrug* for respondent.